FILED IN CHAMBERS
U.S.D.C. Atlanta

APR 1 4 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>YVONNE C. TAYLOR | Magistrate No.<br>1:11-MJ-817 |

### Government's Motion for Leave to File Dismissal

It appearing in the above-styled case, that by the authority of the undersigned, the Complaint, filed May 29, 2011, charging violation of 31 U.S.C. Section(s) 5332(a)(1) and (b); and 18 U.S.C. Section 2, is dismissed as to YVONNE C. TAYLOR and Movant prays leave of Court to file the same.

Respectfully submitted,

SALLY QUILLIAN YATES
*United States Attorney*

By: s/ G. SCOTT HULSEY
*Assistant United States Attorney*
Georgia Bar No. 377480
Scott.Hulsey@usdoj.gov

Consented to by Defendant
[F.R.Crim.P. Rule 48a]

---

### Order

Now, to-wit, on the _14_ day of _April_, 20_14_, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE